**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
v. : Cr. No. CR 06 121ML
: In Violation of
: 21 U.S.C. §§ 841(a)(1) and
: (b)(1)(C)
JUNIOR RY :

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about August 5, 2006, in the District of Rhode Island, the defendant, JUNIOR RY, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS,
Assistant U.S. Attorney,
Criminal Chief

RICHARD W. ROSE,
Assistant U.S. Attorney

DATE: 11/1/06