1249221

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JUNIOR RY

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-121S ML

RECEIVED
NOV 0 2 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUNIOR RY
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(C)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

November 1, 2006, Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 11/02/2006 | NAME AND TITLE OF ARRESTING OFFICER John Cinquegrana DEO | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11/03/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.