AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA.
V.
Junior Ry

## EXHIBIT AND WITNESS LIST

Case Number: CR 06-121ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Gov't's AUSA Peter F. Neronha | Mary S. McElroy |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| Gov't's Sentencing Hearing 3/16/2007 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/16/07 | | x | photo of deft |
| 2 | | " | | x | photo of deft |
| 3 | | " | | x | photo of deft |
| 4 | | " | | x | photo of deft |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.