# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 06-121ML***

***To: Warden***
***ACI***
***Cranston, RI***

JAN 04 [illegible]

YOU ARE HEREBY COMMANDED, to have the **body of Junior Ry,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock p.m.**, on the **16th** day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 3, 2007

Sentencing Hearing

David A. DiMarzio, Clerk

***By*** ______________________
***John Duhamel - Deputy Clerk***