**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 22 2008
U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 06-121ML
)
JUNIOR RY )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level 17

   Criminal History Category I

   24 to 30 months imprisonment

   3 years supervised release

   $5,000 to $1,000,000 fine.

3. Defendant was sentenced on March 7, 2007 to 24 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

Enter: Mary M. Lisi USDJ 2/25/08

5. Defendant's revised guideline calculation is a follows:

Total Offense Level __17____

Criminal History Category __I__

_18__ to _24_ months imprisonment

_3_ years supervised release

$4,000 to $1,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals that the defendant has not had any disciplinary infractions.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 18 months, or a release date of March 3, 2008, whichever renders a release date that occurs latest, is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

MARY S. McELROY
Counsel for Defendant

2/21/08
Date

PETER F. NERONHA
Assistant U.S. Attorney

2/15/08
Date