# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
JUNIOR RY

Case No: CR 06-121-01ML
USM No: 05805-070

Date of Previous Judgment: March 16, 2007
(Use Date of Last Amended Judgment if Applicable)

Mary S. McElroy, Esq.
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of X the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:

☐ DENIED. X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 24 months **is reduced to** 18 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 17
Criminal History Category: I
Previous Guideline Range: 24 to 30 months

Amended Offense Level: 17
Criminal History Category: I
Amended Guideline Range: 18 to 24 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 3/16/07 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2/28/08

Mary M. Lisi
Judge's signature

Effective Date: 3/3/08
(if different from order date)

Chief U.S. District Judge Mary M. Lisi
Printed name and title